**Order entered June 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00472-CV

## TODD DYER, ET AL., Appellants

## V.

## MEDOC HEALTH SERVICES, LLC, ET AL., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00822**

## ORDER

Before the Court is appellees' June 18, 2018 unopposed motion for an extension of time

to file a brief. We **GRANT** the motion and extend the time to **July 20, 2018**.


                                          /s/      DAVID EVANS
                                                   JUSTICE